IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ANTONIO WEBB, Register No. 810566, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4272-CV-C-NKL |
| | ) | |
| STATE OF MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 20, 2007, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of June 20, 2007, is adopted. [17] It is further

ORDERED that plaintiff's claims are dismissed, pursuant to the provisions of Fed. R. Civ. P. 41(b), for failure to comply with court orders.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 14, 2007
Jefferson City, Missouri