# UNITED STATES DISTRICT COURT

## Western District of Missouri
Central Division

                                                JUDGMENT IN A CIVIL CASE

**ANTONIO WEBB,**

    v.

**STATE OF MISSOURI,**

                                 Case Number: **06-4272-CV-C-NKL**

  _  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  _  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

–   **the Report and Recommendation of June 20, 2007, is adopted.**
–   **that plaintiff's claims are dismissed, pursuant to the provisions of Fed.R.Civ.P.41(b), for failure to comply with court orders.**


ENTERED ON: August 17, 2007


| | |
|---|---|
| August 17, 2007 | PATRICIA L. BRUNE |
| Date | Clerk |
| | G Richardson |
| | (By) Deputy Clerk |